

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00159-CV

Ronald **MENSCH**,
Appellant

v.

**STATE FARM FIRE & CASUALTY COMPANY**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI02326
Honorable Stephani Walsh, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is ORDERED that appellee State Farm Fire & Casualty Company recover its costs of this appeal from appellant Ronald Mensch.

SIGNED July 15, 2015.

_____
Luz Elena D. Chapa, Justice